## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| MARIA GREEN as Independent | ) | |
| Administrator of the Estate of | ) | |
| EILEEN JONES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:18-CV-378-JEM |
| | ) | |
| HORSESHOE HAMMOND, LLC, d/b/a | ) | |
| HORSESHOE CASINO HAMMOND, | ) | |
| and CAESARS ENTERTAINMENT | ) | |
| CORPORATION, | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on a Notice of Dismissal [DE 89], filed by Plaintiff on August 25, 2021. Plaintiff requests that the Court dismiss this action. Pursuant to Rule 41(a), unless the parties file a stipulation of dismissal signed by all parties who have appeared, the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. Rule Civ. P. 41(a)(2). The parties have reached a settlement in this case, and the Court finds that dismissal is appropriate.

Accordingly, the Court hereby **GRANTS** the relief requested in the Notice of Dismissal [DE 89] and **ORDERS** that all claims in this case are **DISMISSED with prejudice**.

SO ORDERED this 26th day of August, 2021.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:      All counsel of record

1